U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

AUG 2 7 2025

FILED/REC'D
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

v.

ROBERT GILKEY-MEISEGEIER,

Defendant.

INDICTMENT

Case No. 25 CR 088 WMC

18 U.S.C. § 2251(a)
18 U.S.C. § 2252(a)(4)(B)
18 U.S.C. § 2253

---

THE GRAND JURY CHARGES:

### COUNT 1

On or about May 16, 2025, in the Western District of Wisconsin, the defendant,

ROBERT GILKEY-MEISEGEIER,

knowingly and intentionally employed, used, persuaded, induced, enticed, and coerced a minor, "Jane Doe," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 2251(a)).

### COUNT 2

On or about May 16, 2025, in the Western District of Wisconsin, the defendant,

ROBERT GILKEY-MEISEGEIER,

knowingly and intentionally attempted to employ, use, persuade, induce, entice, and coerce a minor, "Jane Doe," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 2251(a)).

## COUNT 3

On or about June 1, 2025, in the Western District of Wisconsin, the defendant,

ROBERT GILKEY-MEISEGEIER,

knowingly possessed an iPhone 16 containing visual depictions that had been produced using materials which had been shipped and transported in interstate and foreign commerce, specifically, the iPhone 16, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct.

(In violation of Title 18, United States Code, Sections 2252(a)(4)(B)).

## FORFEITURE ALLEGATION

As a result of the offenses charged in Counts 1, 2, and 3 of this indictment, and upon conviction for violating Title 18, United States Code, Sections 2251(a) and 2252(a)(4)(B), pursuant to Title 18, United States Code, Section 2253, the defendant,

ROBERT GILKEY-MEISEGEIER,

shall forfeit to the United States his right, title, and interest in:

(1) Any and all visual depictions which contain images which are or appear to

be child pornography, together with the storage media in which they are contained, and

(2) any and all property used or intended to be used to commit or to promote the commission of the aforementioned offenses, including but not limited to property specifically described as an iPhone 16.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 08-27-2025

_____
CHADWICK M. ELGERSMA
Acting United States Attorney

3