# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

DATE: 9/4/2025   DAY: Thursday   START TIME: 1:04 p.m.   END TIME: 1:20 p.m.
JUDGE/MAG.: Anita M. Boor   CLERK: jef   REPORTER: recorded with FTR
PROBATION OFFICER: R. Plender   INTERPRETER: ___   SWORN: YES ☐ NO ☐
CASE NUMBER: 25-cr-88-wmc   CASE NAME: USA v. Robert Gilkey-Meisegeier

**APPEARANCES:**
ASST. U.S. ATTY.: Julie Pfluger   DEFENDANT ATTY.: Christopher T. Van Wagner

DEFENDANT PRESENT: YES ☒ NO ☐

**OFFENSE INFORMATION:**
MAXIMUM PENALTY: CT(S) 1-2 and 3 ; 30 / 10 YR(S) IMPRISONMENT; $ 250,000/250,000 FINE; life /   YEAR(S) SUPERVISED RELEASE; $ 100 SPECIAL ASSESSMENT; ☒ RESTITUTION.
DEFENDANT AGE: ___   ☐ INDICTMENT/INFORMATION READ   ☒ DEFENDANT WAIVES READING

**PLEA:**
- ☐ GUILTY
- ☒ NOT GUILTY
- ☐ NO CONTEST
- ☐ MUTE

- ☐ DEFENDANT SWORN
- ☐ PLEA ACCEPTED AS KNOWING AND VOLUNTARY
- ☐ DEFT. ADJUDGED GUILTY BY COURT

**TRIAL SCHEDULE:**
JURY SEL./TRIAL: ___   TRIAL ESTIMATE: ___ DAYS
PTMH/EVID. HRG.: ___   MOTIONS DUE: ___
FPTC: ___   FPTC SUBMISSIONS: ___
FINAL HEARING: ___

**SENTENCING SCHEDULE:**
PRESENTENCE REPORT DUE: ___   OBJECTIONS DUE: ___
SENTENCING: ___ at ___

**RELEASE/DETENTION:**
- ☐ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
- ☒ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
- ☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: ___

**NOTES:**
Schedule to be set at the Telephonic Scheduling Conference on October 9 at 9:00 a.m.

TOTAL COURT TIME: 16 min.